

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      FedEx Freight, Inc. and David Forehand v. Bonnie Cargal, Individually and as representative of the Estate of Joseph Cargal, Jack Cargal, and Andrew Cargal

Appellate case number:   01-22-00231-CV

Trial court case number:  2018-80520

Trial court:                      334th District Court of Harris County

Court reporter Susan Perry Scott has filed a fifth motion for extension of time to file the reporter's record, requesting an additional three days such that the record is due July 29, 2022. The motion for extension is **granted**. The reporter's record must be filed on or before **July 29, 2022. No further extensions shall be granted.**

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                                      Acting individually

Date: July 28, 2022